UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANAGIOTA COUTIS, | ) |
| Plaintiff, | ) ) ) |
| | ) Civil Action No. |
| | ) 2:10-cv-04561-LDW -WDW |
| | ) |
| BERTUCCI'S RESTAURANT CORP., | ) |
| Defendant. | ) |

ASSENTED TO MOTION FOR EXTENSION OF TIME FOR DEFENDANT
TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

Defendant Bertucci's Restaurant Corp., pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, respectfully moves this Court, with the assent of the Plaintiff, for an extension of time until Monday, December 20, 2010, of the deadline within which Defendant must file its answer or otherwise respond to Plaintiff's Complaint.

1. On October 7, 2010, the Plaintiff served the undersigned with a Waiver of Service and the Complaint in the above referenced matter. Defendant returned the executed Waiver of Service to the Plaintiff on November 4, 2010. Accordingly, the deadline for Defendant to file an Answer or otherwise respond is presently December 6, 2010.

2. Plaintiff, through her counsel, has agreed to this brief extension.

3. Counsel for the parties have conferred in good faith and agreed that a two week extension of time for Defendant to answer or otherwise respond to the Complaint would be appropriate. Defendant does not request this extension of time for reasons of

unnecessary delay, and neither party will suffer any prejudice on account of this extension.

4. Accordingly, Defendant respectfully requests an extension of time until Monday, December 20, 2010, for the Defendant to answer or otherwise respond to Plaintiff's Complaint.

5. This Motion is the first such motion for extension of time filed by Defendant with respect to this deadline.

WHEREFORE, Defendant respectfully requests that the Court (1) extend the deadline for the Defendant to file its Answer or otherwise respond to Monday, December 20, 2010, and (2) grant any other relief deemed necessary.

Respectfully submitted,

BERTUCCI'S RESTAURANT CORP.

By their attorneys,

Dated: December 6, 2010

/s/ *Christopher T. Vrountas*
Christopher T. Vrountas, *pro hac vice*
Nelson, Kinder, Mosseau, & Saturley, P.C.
99 Middle Street
Manchester, NH 03101
Tel:  603-647-1800
Fax:   603-647-1900
E-mail:  cvrountas@nkms.com

And

James M. Carman, Esq.
Carman, Callahan & Ingham LLP
266 Main Street
Farmingdale, New York 11735
Phone: 516-370-5525
E-mail: JCarman@Carmanlawteam.com

- 3 -

CERTIFICATE OF SERVICE

   I do hereby certify that on this date I electronically filed the foregoing "ASSENTED TO MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO FILE ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT" with the Clerk of the District Court using the CM/ECF system, which would then notify the following CM/ECF participants in this case:

Saul D. Zabell
Zabell & Associates, P.C.
4875 Sunrise Highway, Suite 300
Bohemia, New York 11716

James M. Carman, Esq.
Carman, Callahan & Ingham LLP
266 Main Street
Farmingdale, New York 11735

Dated: December 6, 2010    /s/ *Christopher T. Vrountas*
              Christopher T. Vrountas, Esq.*

- 3 -