UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PANAGIOTA COUTIS, </br></br> Plaintiff, </br></br> </br></br> BERTUCCI'S RESTAURANT CORP., </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> )  Civil Action No. 2:10-cv-04561-LDW -WDW </br> ) </br> ) </br> ) </br> ) </br> ) |

### STIPULATION OF DISMISSAL WITH PREJUDICE

The Plaintiff, Panagiota Coutis, and the Defendant, Bertucci's Restaurant Corp., in the above-captioned case hereby stipulate, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that said action be dismissed as to all claims and counterclaims against each other, with prejudice, and with each Party waiving all rights of appeal and bearing their own attorney's fees and costs.

Dated:  February 7, 2011                                         Dated:  February 7, 2011

The Plaintiff                                                                 The Defendants
PANAGIOTA COUTIS                                               BERTUCCI'S RESTAURANT CORP.
By Her Attorneys                                                          By Its Attorneys

/s/ Saul D. Zabell                                                          /s/ Christopher T. Vrountas
Saul D. Zabell, Esq.                                                      Christopher T. Vrountas (appearing pro hac vice)
Zabell & Associates, PC                                               Nelson, Kinder, Mosseau & Saturley, PC
4875 Sunrise Highway                                                 99 Middle Street
Bohemia, NY 11716                                                    Manchester, NH 03101
Phone: (631) 589-7242                                               Phone: (603) 606-5015
SZabell@laborlawsny.com                                         cvrountas@nkms.com

                                                                                   and
                                                                                   /s/ James M. Carman
                                                                                   James M. Carman, Esq.
                                                                                   Carman, Callahan & Ingham LLP
                                                                                   266 Main Street
                                                                                   Farmingdale, New York 11735
                                                                                   Phone: 516-370-5525
                                                                                   JCarmen@carmanlawteam.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on this date, I filed the foregoing "Stipulation of Dismissal with Prejudice" with the Clerk of the Court by CM/ECF system which would then notify the following CM/ECF participants in this case as follows:

Saul D. Zabell
Zabell & Associates, P.C.
4875 Sunrise Highway, Suite 300
Bohemia, New York 11716

Dated:  February 7, 2011                    */s/ Christopher T. Vrountas*
                                                                   Christopher T. Vrountas